IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02585-PSF-CBS

UNITED STATES OF AMERICA, *ex rel.*
KURT M. BLAIR,

    Plaintiff,

v.

ORTHO BIOTECH, INC., a New Jersey Corporation,
ORTHO BIOTECH PRODUCTS, L.P., a New Jersey Limited Partnership, and
JOHNSON & JOHNSON, a New Jersey Corporation,

    Defendants.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

Upon consideration of the Notice of Dismissal Without Prejudice filed by plaintiff (Dkt. # 22), and noting the consent of the United States to the dismissal, the Court hereby

ORDERS that this civil action is dismissed without prejudice.

DATED: December 6, 2005

                BY THE COURT:

                *s/ Phillip S. Figa*

                _____
                Phillip S. Figa
                United States District Judge